STATE OF NEW JERSEY v. JOHN BANKSTON.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JEFFREY GEORGE HALL.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID L. SHEPHARD.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF M.J.W.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT PRICE.

May 28, 1987.

Petition for certification denied.